UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:17-0987 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS WADE WILLIAMSON | ) | |

## GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT

The United States of America, by its undersigned counsel, moves this Court for summary judgment pursuant to Fed. R. Civ. P. 56(b) on the grounds that the pleadings show that there is no genuine issue as to any material fact and that the United States is entitled to judgment as a matter of law. In support of this motion, the United States incorporates herein its Response to the Petition under 28 U.S.C. §2255 to vacate, set aside, or correct sentence filed Douglas Wade Williamson.

Respectfully submitted,

SHERRI A. LYDON
UNITED STATES ATTORNEY

By:   s/ Jim May
James "Jim" Hunter May (FID #11355)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC  29201
(803) 929-3000

May 31, 2019

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:17-0987 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS WADE WILLIAMSON | ) | |

I hereby certify that I am an employee of the Office of the United States Attorney for the District of South Carolina and I am a person of such age and discretion as to be competent to serve papers.

On May 31, 2019, I caused to be served one true and correct copy of the **GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT** in the above-captioned case, via the court's e-noticing system, but if that means failed, then by regular mail, on the following person(s):

>Douglas Wade Williamson
>c/o Elizabeth Franklin-Best
>Blume Franklin-Best & Young, LLC
>900 Elmwood Avenue – Suite 200
>Columbia, South Carolina 29201

>s/Jim May
>James "Jim" Hunter May (FID #11355)
>Assistant United States Attorney