PROB 22
(SCP Rev. 3/13)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
1:17CR00987-001

**DOCKET NUMBER** *(Rec. Court)*
1:23CR00008

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

Douglas Wade Williamson

**DISTRICT**
South Carolina

**DIVISION**
Columbia

**NAME OF SENTENCING JUDGE**  M. Akins
The Honorable Joseph F. Anderson, Jr.

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 11/28/2022
TO: 11/27/2024

**OFFENSE**
Conspiracy to Commit Mail and Wire Fraud, in violation of 18 U.S.C. § 371

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE     DISTRICT OF     South Carolina

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 9, 2022
*Date*

*/s/ Joseph F. Anderson*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE     Southern     DISTRICT OF     Georgia

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/17/2023
*Effective Date*

*United States District Judge*